UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    JAMES DOUGLAS HINES <br>    BETTY JEAN HINES <br>                                  Debtors | CASE NO: 06-33234 <br>         (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 71 | OSI COLLECTION SERVICES <br> BOX 947 <br> BROOKFIELD, WI  53008 | 24.27 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service        06-33234

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES DOUGLAS HINES
BETTY JEAN HINES
1183 N. DETROIT STREET
XENIA, OH  45385

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(1034.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(1035.1n)
JOE M LOZANO JR
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(68.1n)
JOHN A SCHUH
2662 MADISON RD
CINCINNATI, OH  45208

(87.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(71.1)
OSI COLLECTION SERVICES
BOX 947
BROOKFIELD, WI  53008

(71.3)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(1036.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(85.1n)
RECOVERY MANAGEMENT SYSTEMS
CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       cs